USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>–v–<br><br>Anthony Murgio,<br><br>Defendant. | 15-cr-769 (AJN)<br><br>18-cv-4761 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

  On August 4, 2020, Defendant Anthony Murgio moved for a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). Dkt. No. 775. In his motion, the Defendant explains that he has has not been able to confer with the Government about its position on his motion. *Id.* at 1. The Government shall notify the Court within one week of this Order if it intends to oppose Defendant's motion.

  SO ORDERED.

Dated: August 7, 2020
   New York, New York

                   _____
                    ALISON J. NATHAN
                   United States District Judge