UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020

United States of America,

–v–

Anthony Murgio,

Defendant.

15-cr-769 (AJN)

18-cv-4761 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 4, 2020, Defendant Anthony Murgio moved to voluntarily dismiss his pending 18 U.S.C. § 2255 motion to vacate. Dkt. No. 775. On August 14, 2020, the Government notified the Court that it does not oppose Mr. Murgio's motion. Dkt. No. 779. In light of the parties' agreement, the Defendant's § 2255 motion is hereby DISMISSED. The Clerk of Court is respectfully directed to close the case and to mail a copy of this Order to Defendant at his new address, *see* Dkt. No. 776.

    SO ORDERED.

Dated: August 17, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge